## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SORIANO, TERESITA | § | Case No. 11-42785 |
| SORIANO, FERNANDO | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/16/2012 in Courtroom 642,

United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/17/2012                    By: /s/ Barry A. Chatz, Trustee
                                                Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 11-42785-SPS
Teresita Soriano                                                                Chapter 7
Fernando Soriano
          Debtors                       **CERTIFICATE OF NOTICE**

District/off: 0752-1              User: lhuley              Page 1 of 3              Date Rcvd: Apr 18, 2012
                                  Form ID: pdf006           Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2012.
db/jdb       +Teresita Soriano,   Fernando Soriano,   113 Heather Court,   Rolling Meadows, IL 60008-2230
17953700     +Aargon Agency,   3025 W Sahara,   Las Vegas, NV 89102-6094
17953701     +Aargon Agency,   3025 W Sahara Ave,   Las Vegas, NV 89102-6094
17953704     +American Express,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
17953705     +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
17953703      American Express,   Box 0001,   Los Angeles, CA 90096-8000
18328956      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17953707      Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
17953708      Bank of America,   PO Box 301200,   Los Angeles, CA 90030-1200
17953709     +Barclays,   Po Box 8803,   Wilmington, DE 19899-8803
17953710      Bill MeLater,   PO Box 105658,   Atlanta, GA 30348-5658
17953711     +Bluegreen Timeshare,   4960 Conference Way North, Suite 100,   Boca Raton, FL 33431-3311
17953712     +Byl Collection Service,   301 Lacey St,   West Chester, PA 19382-3727
17953714     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Po Box 85015,   Richmond, VA 23285-5075)
17953715      Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
18311177      Capital One Bank (USA), N.A. by American InfoSourc,   PO Box 71083,   Charlotte, NC  28272-1083
18293985     +Capital One, N.A.,   c/o Creditors Bankrupcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
18293987     +Capital One, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
17953717     +Chase,   201 N. Walnut St//Del-1027,   Wilmington, DE 19801-2920
17953716     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17953718      Chase,   PO Box 15153,   Wilmington, DE 19886-5153
17953719      Chase,   PO Box 15548,   Wilmington, DE 19886-5548
18303460      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17953720      Chicago Cardiology Institute,   PO Box 959061,   Hoffman Estates, IL 60195-9061
17953721     +Citi Bank,   Po Box 6241,   Sioux Falls, SD 57117-6241
17953722     +Citi Bank,   Box 6500,   Sioux Falls, SD 57117-6500
17953725     +Computer Credit, Inc.,   640 West Fourth Street,   Winston Salem, NC 27101-2730
17953726     +Diamond Point HOA,   PO Box 750266,   Las Vegas, NV 89136-0266
17953731      Elk Grove Dermatology, S.C.,   901 Biesterfield #209,   Elk Grove Village, IL 60007-7300
18372691      FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17953734      HSBC,   PO Box 17298,   Baltimore, MD 21297-1298
17953737     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/Carson,   Po Box 15524,   Wilmington, DE 19850)
17953735      HSBC Retail Services (Carsons),   PO Box 17264,   Baltimore, MD 21297-1264
17953732      Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
17953733      Home Depot,   PO Box 653000,   Dallas, TX 75265-3000
17953736     +Hsbc/Best Buy,   1405 Foulk Road,   Wilmington, DE 19803-2769
17953740     +Macy's,   PO Box 8053,   Mason, OH 45040-8053
17953742      Macys,   PO Box 689195,   Des Moines, IA 50368-9195
17953741      Macys,   911 Duke Blvd,   Mason, OH 45040
17953743     +Nationwide Credit, INC.,   2002 Summit Blvd., Ste 600,,   Atlanta, GA 30319-1559
17953744     +Nelson, Watson & Associates, LLC,   80 Merrimack Street Lower Level,   Haverhill, MA 01830-5202
17953745     +Nemesio Alegado,   113 Heather Court,   Rolling Meadows, IL 60008-2230
17953746     +Prerana Panchal MD SC,   PO Box 88506,   Carol Stream, IL 60188-0506
17953747     +Radiological Consultants of Woodstock,   9410 Compubill Drive,   Orland Park, IL 60462-2627
17953750     +St Alexius Medical Center,   3040 Salt Creek Lane,   Arlington Heights, IL 60005-1069
17953752      US Airways,   PO Box 13337,   Philadelphia, PA 19101-3337
17953751     +United Collection Bureau, Inc.,   5620 Southwyck Blvd, Suite 206,   Toledo, OH 43614-1501
17953754      Wells Fargo,   PO Box 660431,   Dallas, TX 75266-0431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17953702     +E-mail/Text: roy.buchholz@allianceoneinc.com Apr 19 2012 01:21:16     Alliance One,
              4850 Street Road,   Suite 300,   Trevose, PA 19053-6643
18583010      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2012 02:07:01
              American InfoSource LP as agent for,   Commerce Bank,   PO Box 248838,
              Oklahoma City, OK  73124-8838
17953723     +E-mail/Text: bankruptcy@commercebank.com Apr 19 2012 02:53:34     Commerce Bank,   911 Main St,
              Kansas City, MO 64105-2009
17953724     +E-mail/Text: bankruptcy@commercebank.com Apr 19 2012 02:53:34     Commerce Bank,
              3930 South 147th St. Suite 200,   Omaha, NE 68144-5571
17953730      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2012 02:17:09     Discover,   PO Box 30943,
              Salt Lake City, UT 84130
17953728      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2012 02:17:09     Discover,   Po Box 15316,
              Wilmington, DE 19850
17953729      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2012 02:17:09     Discover,   Po Box15316,
              Wilmington, DE 19850-5316
17953727     +E-mail/Text: mdimand@aol.com Apr 19 2012 01:23:15     Dimand Law Offices, P.C.,
              5 East Wilson Street,   Batavia, IL 60510-2656
18159324      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2012 02:17:09     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17953739      E-mail/Text: bnckohlsnotices@becket-lee.com Apr 19 2012 00:44:05     Kohls,   PO Box 2983,
              Milwaukee, WI 53201-2983

```
District/off: 0752-1          User: lhuley          Page 2 of 3          Date Rcvd: Apr 18, 2012
                             Form ID: pdf006        Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17953738     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 19 2012 00:44:04     Kohls,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
18157564     +E-mail/Text: bncmail@w-legal.com Apr 19 2012 02:57:34     PHARIA L.L.C.,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
17953748     +E-mail/Text: SBONNEMA@ROGENT.COM Apr 19 2012 01:00:49     Rogers & Holland,   PO Box 879,
              Matteson, IL 60443-0879
17953749     +E-mail/Text: SBONNEMA@ROGENT.COM Apr 19 2012 01:00:49     Rogers Hollands,   20821 Cicero Ave.,
              Mattteson, IL 60443-1201
                                                                                   TOTAL: 14


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18328957*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18328958*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17953713*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
17953706     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17953753     ##+Wells Fargo,   Po Box 94498,   Las Vegas, NV 89193-4498
                                                                          TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: lhuley           Page 3 of 3            Date Rcvd: Apr 18, 2012
                              Form ID: pdf006        Total Noticed: 62


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2012 at the address(es) listed below:
          Allan J DeMars    on behalf of Trustee Barry Chatz alland1023@aol.com
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roxanna  Hipple    on behalf of Debtor Teresita Soriano rhipple@sprynet.com,  rhipple62@gmail.com
                                                                                            TOTAL: 4
```