UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SORIANO, TERESITA | § | Case No. 11-42785 |
| SORIANO, FERNANDO | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES<br>    AND CHARGES<br>    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>    ADMIN. FEES AND<br>    CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED<br>    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter   on           . The case was pending for    months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____    By:/s/BARRY A. CHATZ_____
                                                                                Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ALLAN J. DEMARS | | | | | |
| ALLAN J. DEMARS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Aargon Agency 3025 W Sahara Las Vegas, NV 89102 | | | | | |
| | Creditor #: 10 Bluegreen Timeshare 4960 Conference Way North, Suite 100 Boca Raton, FL 33431 | | | | | |
| | Creditor #: 11 Byl Collection Service 301 Lacey St West Chester, PA 19382 | | | | | |
| | Creditor #: 12 Capital One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Creditor #: 13 Capital One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Creditor #: 14 Capital One Po Box 85015 Richmond, VA 23285-5075 | | | | | |
| | Creditor #: 15 Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 16 Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 17 Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 18 Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 19 Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 2 American Express Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | Creditor #: 20 Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Creditor #: 21 Chicago Cardiology Institute PO Box 959061 Hoffman Estates, IL 60195-9061 | | | | | |
| | Creditor #: 22 Citi Bank Po Box 6241 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 23 Citi Bank Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Creditor #: 24 Citi Bank Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Creditor #: 25 Commerce Bank 911 Main St Kansas City, MO 64105 | | | | | |
| | Creditor #: 26 Diamond Point HOA PO Box 750266 Las Vegas, NV 89136 | | | | | |
| | Creditor #: 27 Discover Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Creditor #: 28 Discover Po Box15316 Wilmington, DE 19850-5316 | | | | | |
| | Creditor #: 29 Elk Grove Dermatology, S.C. 901 Biesterfield #209 Elk Grove Village, IL 60007-7300 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 3 American Express Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Creditor #: 30 Home Depot Po Box 6497 Sioux Falls, SD 57117-6497 | | | | | |
| | Creditor #: 31 Hsbc/Best Buy 1405 Foulk Road Wilmington, DE 19808 | | | | | |
| | Creditor #: 32 Hsbc/Carson Po Box 15524 Wilmington, DE 19850 | | | | | |
| | Creditor #: 33 Kohls N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Creditor #: 34 Macys 911 Duke Blvd Mason, OH 45040 | | | | | |
| | Creditor #: 35 Macys 911 Duke Blvd Mason, OH 45040 | | | | | |
| | Creditor #: 36 Prerana Panchal MD SC PO Box 88506 Carol Stream, IL 60188 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 37 Radiological Consultants of Woodstock 9410 Compubill Drive Orland Park, IL 60462 | | | | | |
| | Creditor #: 38 Rogers Hollands 20821 Cicero Ave. Mattteson, IL 60443 | | | | | |
| | Creditor #: 39 St Alexius Medical Center 3040 Salt Creek Lane Arlington Heights, IL 60005 | | | | | |
| | Creditor #: 4 American Express Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Creditor #: 40 US Airways PO Box 13337 Philadelphia, PA 19101-3337 | | | | | |
| | Creditor #: 41 Wells Fargo Po Box 94498 Las Vegas, NV 89193 | | | | | |
| | Creditor #: 5 American Express P.O. Box 981537 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 6 Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Creditor #: 7 Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Creditor #: 8 Barclays Po Box 8803 Wilmington, DE 19899 | | | | | |
| | Creditor #: 9 Bill MeLater PO Box 105658 Atlanta, GA 30348-5658 | | | | | |
| 000010 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000011 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000012 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000015 | AMERICAN INFOSOURCE- COMMERCE BANK A | | | | | |
| 000008 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| 000009 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CITIBANK, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000013 | FIA CARD SERVICES, N.A. | | | | | |
| 000014 | FIA CARD SERVICES, N.A. | | | | | |
| 000001 | PHARIA L.L.C. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-42785 | SPS | Judge: SUSAN PIERSON SONDERBY | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | SORIANO, TERESITA | | | | Date Filed (f) or Converted (c): | 10/21/11 (f) |
| | SORIANO, FERNANDO | | | | 341(a) Meeting Date: | 11/22/11 |
| For Period Ending: | 09/12/12 | | | | Claims Bar Date: | 03/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 200.00 | 0.00 | DA | 0.00 | FA |
| 2. Financial Accounts | 200.00 | 0.00 | DA | 0.00 | FA |
| 3. Financial Accounts | 150.00 | 0.00 | DA | 0.00 | FA |
| 4. Financial Accounts | 150.00 | 0.00 | DA | 0.00 | FA |
| 5. Household Goods | 350.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Furs and Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. Firearms and Hobby Equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. Insurance Policies | 940.00 | 0.00 | DA | 0.00 | FA |
| 10. Insurance Policies | 1,386.00 | 0.00 | DA | 0.00 | FA |
| 11. Insurance Policies | 1,356.00 | 0.00 | DA | 0.00 | FA |
| 12. Insurance Policies | 549.00 | 0.00 | DA | 0.00 | FA |
| 13. Pension / Profit Sharing | 282,000.00 | 0.00 | DA | 0.00 | FA |
| 14. Pension / Profit Sharing | 134,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Pension / Profit Sharing | 63,000.00 | 0.00 | DA | 0.00 | FA |
| 16. Pension / Profit Sharing | 31,627.00 | 0.00 | DA | 0.00 | FA |
| 17. Pension / Profit Sharing | 54,075.00 | 0.00 | DA | 0.00 | FA |
| 18. Pension / Profit Sharing | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 19. Pension / Profit Sharing | 15,800.00 | 0.00 | DA | 0.00 | FA |
| 20. Pension / Profit Sharing | 12,700.00 | 0.00 | DA | 0.00 | FA |
| 21. Pension / Profit Sharing | 5,600.00 | 0.00 | DA | 0.00 | FA |
| 22. Pension / Profit Sharing | 158,000.00 | 0.00 | DA | 0.00 | FA |
| 23. Pension / Profit Sharing | 10,100.00 | 0.00 | DA | 0.00 | FA |
| 24. Pension / Profit Sharing | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 25. Stock | 280.00 | 0.00 | DA | 0.00 | FA |
| 26. Vehicles | 16,290.00 | 14,051.00 | DA | 8,000.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.06f

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-42785 SPS Judge: SUSAN PIERSON SONDERBY | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | SORIANO, TERESITA | Date Filed (f) or Converted (c): | 10/21/11 (f) |
| | SORIANO, FERNANDO | 341(a) Meeting Date: | 11/22/11 |
| | | Claims Bar Date: | 03/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Vehicles | 2,515.00 | 2,515.00 | DA | 2,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $865,968.00 | $16,566.00 | | $10,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR PURCHASED TRUSTEE'S RIGHT, TITLE AND INTEREST IN ESTATE VEHICLES; CLAIMS REVIEWED; PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-42785 |
| Case Name: | SORIANO, TERESITA |
| | SORIANO, FERNANDO |
| Taxpayer ID No: | *******8590 |
| For Period Ending: | 09/12/12 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5144  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/05/12 | 26, 27 | TERESITA AND FERNANDO SORIANO<br>113 HEATHER COURT<br>ROLLING MEADOWS, IL 60008 | | 1129-000 | 10,000.00 | | 10,000.00 |
| 01/20/12 | | Transfer to Acct #*******4349 | BANK FUNDS TRANSFER | 9999-000 | | 10,000.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 10,000.00 | |
| Subtotal | 10,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 0.00 | |

Page Subtotals    10,000.00    10,000.00

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-42785 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | SORIANO, TERESITA | Bank Name: | Congressional Bank |
| | SORIANO, FERNANDO | Account Number / CD #: | *******4349  Checking Account |
| Taxpayer ID No: | *******8590 | | |
| For Period Ending: | 09/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******5144 | BANK FUNDS TRANSFER | 9999-000 | 10,000.00 | | 10,000.00 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM<br>PRO RATA SHARE OF TRUSTEE'S BLANKET<br>BOND PREMIUM | 2300-000 | | 10.41 | 9,989.59 |
| 05/18/12 | 003002 | Allan J. DeMars<br>Spiegel & DeMars<br>100 West Monroe Street<br>Suite 910<br>Chicago, IL 60603 | Attorney for Trustee Fees (Other Fi | | | 2,683.12 | 7,306.47 |
| | | | Fees          2,655.00 | 3210-000 | | | |
| | | | Expenses         28.12 | 3220-000 | | | |
| 05/18/12 | 003003 | BARRY A. CHATZ, TRUSTEE<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606 | Trustee Compensation | | | 1,814.22 | 5,492.25 |
| | | | Fees          1,750.00 | 2100-000 | | | |
| | | | Expenses         64.22 | 2200-000 | | | |
| 05/18/12 | 003004 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000001, Payment 4.57% | 7100-000 | | 129.18 | 5,363.07 |
| 05/18/12 | 003005 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000002, Payment 4.57% | 7100-000 | | 109.67 | 5,253.40 |
| 05/18/12 | 003006 | CAPITAL ONE, N.A.<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374 | Claim 000003, Payment 4.57% | 7100-000 | | 31.23 | 5,222.17 |
| | | | Page Subtotals | | 10,000.00 | 4,777.83 | |

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-42785 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | SORIANO, TERESITA | | Bank Name: | Congressional Bank |
| | SORIANO, FERNANDO | | Account Number / CD #: | *******4349  Checking Account |
| Taxpayer ID No: | *******8590 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/18/12 | 003007 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000004, Payment 4.57% | 7100-000 | | 353.51 | 4,868.66 |
| 05/18/12 | 003008 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000005, Payment 4.57% | 7100-000 | | 198.31 | 4,670.35 |
| 05/18/12 | 003009 | CITIBANK, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000006, Payment 4.57% | 7100-000 | | 931.87 | 3,738.48 |
| 05/18/12 | 003010 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000007, Payment 4.57% | 7100-000 | | 148.73 | 3,589.75 |
| 05/18/12 | 003011 | CAPITAL ONE BANK (USA), N.A. BY<br>AMERICAN INFOSOURC<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000008, Payment 4.57% | 7100-000 | | 1,564.51 | 2,025.24 |
| 05/18/12 | 003012 | CAPITAL ONE BANK (USA), N.A. BY<br>AMERICAN INFOSOURC<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000009, Payment 4.57% | 7100-000 | | 109.16 | 1,916.08 |
| 05/18/12 | 003013 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000010, Payment 4.57%<br>(10-1) CREDIT CARD DEBT | 7100-000 | | 328.09 | 1,587.99 |
| 05/18/12 | 003014 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000011, Payment 4.57%<br>(11-1) CREDIT CARD DEBT | 7100-000 | | 75.27 | 1,512.72 |
| 05/18/12 | 003015 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP | Claim 000012, Payment 4.57%<br>(12-1) CREDIT CARD DEBT | 7100-000 | | 131.65 | 1,381.07 |

Page Subtotals        0.00        3,841.10

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-42785 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | SORIANO, TERESITA | | Bank Name: | Congressional Bank |
| | SORIANO, FERNANDO | | Account Number / CD #: | *******4349 Checking Account |
| Taxpayer ID No: | *******8590 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/18/12 | 003016 | FIA CARD SERVICES, N.A.<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000013, Payment 4.57% | 7100-000 | | 280.57 | 1,100.50 |
| 05/18/12 | 003017 | FIA CARD SERVICES, N.A.<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000014, Payment 4.57% | 7100-000 | | 368.26 | 732.24 |
| 05/18/12 | 003018 | AMERICAN INFOSOURCE-COMMERCE BANK AGNT<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Claim 000015, Payment 4.57% | 7100-000 | | 732.24 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 10,000.00 | 0.00 | |
| Subtotal | 0.00 | 10,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Checking Account - ********5144 | 10,000.00 | 0.00 | 0.00 |
| Checking Account - ********4349 | 0.00 | 10,000.00 | 0.00 |
| | 10,000.00 | 10,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  1,381.07

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 17)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 11-42785 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | SORIANO, TERESITA | | Bank Name: | Congressional Bank |
| | SORIANO, FERNANDO | | Account Number / CD #: | *******4349 Checking Account |
| Taxpayer ID No: | *******8590 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*